AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Healthy Gulf et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-02487-APM |
| Haaland et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor-Defendant Chevron U.S.A. Inc.

Date: 11/14/2023

/s/ Sarah C. Bordelon
*Attorney's signature*

Sarah C. Bordelon (D.C. Bar 987135)
*Printed name and bar number*

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
*Address*

scbordeon@hollandhart.com
*E-mail address*

(775) 327-3000
*Telephone number*

(775) 786-6179
*FAX number*