IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF; BAYOU CITY WATERKEEPER; FRIENDS OF THE EARTH; CENTER FOR BIOLOGICAL DIVERSITY; NATURAL RESOURCES DEFENSE COUNCIL; and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA A. HAALAND, in her official capacity as SECRETARY OF THE INTERIOR; LAURA DANIEL-DAVIS, in her official capacity as PRINCIPAL DEPUTY ASSISTANT SECRETARY OF THE INTERIOR FOR LAND AND MINERALS MANAGEMENT; U.S. DEPARTMENT OF THE INTERIOR; and BUREAU OF OCEAN ENERGY MANAGEMENT,<br><br>Defendants. | No. 1:23-cv-02487-APM |

**PROPOSED INTERVENORS' JOINT RESPONSE TO ORDER OF THE COURT**

On November 20, 2023, the Court directed proposed intervenors American Petroleum Institute and Chevron U.S.A. Inc. to advise the Court whether they oppose filing joint briefs in the above-captioned matter. The proposed intervenors have conferred, and do not oppose filing joint briefs in this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Sean Marotta* | */s/ Steven J. Rosenbaum* |
| Catherine E. Stetson | Steven J. Rosenbaum |
| Sean Marotta | Bradley K. Ervin |
| Dana A. Raphael | COVINGTON & BURLING, LLP |
| HOGAN LOVELLS US LLP | One CityCenter |
| 555 Thirteenth Street, N.W. | 850 Tenth St., N.W. |
| Washington, D.C. 20004 | Washington, D.C. 20001 |
| (202) 637-5491 | Phone: (202) 662-6000 |

1

cate.stetson@hoganlovells.com
sean.marotta@hoganlovells.com
dana.raphael@hoganlovells.com

Nikesh Jindal
KING & SPALDING LLP
1700 Pennsylvania Avenue N.W.,
Suite 200
Washington D.C. 20006
(202) 661-7800
njindal@kslaw.com

Sarah C. Bordelon
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
(775) 327-3011
scbordelon@hollandhart.com

*Attorneys for Chevron U.S.A. Inc.*

November 22, 2023

Fax:  (202) 662-6291
srosenbaum@cov.com
bervin@cov.com

*Attorneys for American Petroleum Institute*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2023, I caused a true and correct copy of the foregoing to be filed with the Court electronically and served by the Court's CM/ECF System upon all counsel of record.

*/s/ Steven J. Rosenbaum*
Steven J. Rosenbaum
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
srosenbaum@cov.com
