UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF, et al.,<br><br>       *Plaintiffs,*<br><br>v.<br><br>DEBRA A. HAALAND, et al.,<br><br>       *Defendants,*<br><br>and<br><br>CHEVRON U.S.A. INC. and AMERICAN PETROLEUM INSTITUTE,<br><br>       *Intervenor-Defendants*. | Case No. 1:23-cv-02487-APM |

**JOINT STATUS REPORT AND JOINT REQUEST FOR STAY**

The Parties to the above-captioned action respectfully submit this Joint Status Report in accordance with the Court's November 20, 2023 Minute Order.

1.    On August 25, 2023, Plaintiffs filed this action challenging the Bureau of Ocean Energy Management's ("Bureau") compliance with the National Environmental Policy Act ("NEPA") in deciding to hold Lease Sale 261 in the Gulf of Mexico. ECF No. 1. The lease sale was originally scheduled to occur on September 27, 2023, 88 Fed. Reg. 58,300 (Aug. 25, 2023), but because of a separate legal challenge discussed below, will now be held on December 20, 2023. 88 Fed. Reg. 80,750 (Nov. 20, 2023).

1

2. Along with their Complaint, Plaintiffs filed a Notice of Related Cases informing the Court that this action is related to their earlier filed case challenging Lease Sale 259, *Healthy Gulf v. Haaland*, Case No. 1:23-cv-00604. ECF No. 2. In fact, Lease Sale 261 relies upon—and Plaintiffs' claims challenge—the same underlying Final Supplemental Environmental Impact Statement at issue in Case No. 1:23-cv-00604. Briefing on cross-motions for summary judgment in the Lease Sale 259 case is now complete.

3. The Parties in both cases have conferred and agree that, given the similarity of claims in each case, there is a reasonable prospect that resolution of certain claims in the pending cross-motions for summary judgment in Case No. 1:23-cv-00604 could be dispositive of the claims raised in this matter.

4. To avoid any unnecessary delay in the resolution of the pending cross-motions for summary judgement in Case No. 1:23-cv-00604, the Parties agree that the interests of efficiency and judicial economy would be best served by staying proceedings in Case No. 1:23-cv-02487 until resolution of the cross-motions for summary judgment in Case No. 1:23-cv-00604.

5. With regard to the separate litigation affecting Lease Sale 261, the State of Louisiana, American Petroleum Institute, and Chevron U.S.A. Inc., later joined by Shell Offshore, Inc., filed actions challenging Lease Sale 261 on August 24 and 28, 2023, under the Inflation Reduction Act, Outer Continental Shelf Lands Act, and Administrative Procedure Act, in the Western District of Louisiana. *State of Louisiana v. Haaland*, Case Nos. 2:23-CV-01157 and 2:23-CV-01167. In particular, plaintiffs in the Louisiana cases challenged two provisions included in the Final Notice of Sale related to the Rice's whale—Lease Stipulation No. 4, paragraph (B)(4) and the exclusion of habitat areas in the western and central Gulf—and filed motions for a preliminary injunction. Three of the Plaintiffs in this action—Sierra Club, Center

for Biological Diversity, and Friends of the Earth—intervened on the side of the Bureau and opposed the injunction.

6. On September 21, 2023, the Louisiana district court granted an injunction and ordered Lease Sale 261 to be held by September 30, 2023, without the challenged provisions. *Louisiana v. Haaland*, 2023 WL 6450134 (W.D. La. Sept. 21, 2023). The defendant-intervenors appealed as to the challenged provisions and Federal Defendants appealed as to the timing of the sale to the Fifth Circuit Court of Appeals, which stayed the injunction but ultimately dismissed the appeal based on a lack of standing and ordered Lease Sale 261 to be held 37 days from its order. *Louisiana v. Haaland*, 2023 WL 7544505 (5th Cir. Nov. 14, 2023). On November 20, 2023, the Bureau issued a Revised Final Notice of Sale announcing that Lease Sale 261 will be held on December 20, 2023. 88 Fed. Reg. 80,750 (Nov. 20, 2023). Given the current lease sale date, leases under Lease Sale 261 could be effective as early as February 1, 2024, but, more likely, the first leases will be effective by March 1, 2024, and thereafter.

7. Plaintiffs are considering whether to amend their Complaint in response to the latest changes to Lease Sale 261. Federal Defendants propose that the Court set a deadline of January 31, 2024, for any amendment to the Complaint. In any event, the Parties agree that staying the current case pending resolution of the Lease Sale 259 matter remains the most efficient course of action to address these issues.

8. The Parties therefore respectfully request that the Court enter an order staying the proceedings challenging Lease Sale 261 in Case No. 1:23-cv-02487 until resolution of the pending cross-motions for summary judgment regarding Lease Sale 259 in Case No. 1:23-cv-00604, or until a party in this case files a motion to lift the stay.

9. Given the litigation over Lease Sale 261 pending in W.D. Louisiana, the Parties' preference to first resolve the litigation over Lease Sale 259 pending before this Court, and in the interest of judicial efficiency, the Parties would prefer that Case Nos. 1:23-cv-00604 and 1:23-cv-02487 not be consolidated.

Respectfully submitted this 28th day of November, 2023.

/s/ George Torgun
George Torgun (*pro hac vice*)
EARTHJUSTICE
50 California St., Suite 500
San Francisco, CA 94111
415-217-2000 Telephone
415-217-2040 Fax
gtorgun@earthjustice.org

Stephen D. Mashuda (DC Bar No. WA0005)
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340 Telephone
415-217-2040 Fax
smashuda@earthjustice.org

*Attorneys for Plaintiffs Healthy Gulf, Bayou City Waterkeeper, Friends of the Earth, and Center for Biological Diversity*

/s/ Kristen Monsell
Kristen Monsell (DC Bar No. CA00060)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Ste. 800
Oakland, CA 94612
510-844-7137 Telephone
510-844-7150 Fax
kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

/s/ Thomas Zimpleman
Thomas Zimpleman (DC Bar No. 1049141)

4

NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St., Suite 300
Washington, DC 20005
202-513-6244 Telephone
tzimpleman@nrdc.org

Julia K. Forgie (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second St.
Santa Monica, CA 90401
310-434-2351 Telephone
jforgie@nrdc.org

Irene Gutierrez (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 21st Floor
San Francisco, CA 94104
415-875-6187 Telephone
igutierrez@nrdc.org

Melanie D. Calero (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
40 W. 20 Street
New York, NY 10011
212-727-4546 Telephone
mcalero@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

*/s/ Devorah Ancel*
Devorah Ancel (*pro hac vice*)
SIERRA CLUB
PO Box 4998
Austin, TX 78765
415-845-7847 Telephone
303-449-6520 Fax
devorah.ancel@sierraclub.org

*Attorney for Plaintiff Sierra Club*

5

TODD KIM
Assistant Attorney General
Environmental & Natural Resource Division

GUILLERMO A. MONTERO
Assistant Chief, Natural Resources Section

/s/ *Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney (D.C. Bar: 467742)
United States Department of Justice
Environment and Natural Resources Division
999 18th St.
South Terrace – Suite 370
Denver, CO 80202
Tel: 303-844-1376 / Fax: 303-844-1350
E-mail: luke.hajek@usdoj.gov

/s/ *Alexis G. Romero*
ALEXIS G. ROMERO
Trial Attorney (D.C. Bar: 90006907)
United States Department of Justice
Environment & Natural Resources Division
Natural Resource Section
P.O. Box 7611,
Washington, DC 20044-7611
Tel: 203-353-5885
E-mail: alexis.romero@usdoj.gov

*Attorneys for Federal Defendants*

/s/ *Sean Marotta*
Catherine E. Stetson (D.C. Bar No. 453221)
Sean Marotta (D.C. Bar No. 1006494)
Dana A. Raphael (D.C. Bar No. 1741559)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5491
cate.stetson@hoganlovells.com
sean.marotta@hoganlovells.com
dana.raphael@hoganlovells.com

Nikesh Jindal (D.C. Bar No. 492008)
KING & SPALDING LLP
1700 Pennsylvania Avenue N.W.

Washington, D.C. 20006
(202) 737-0500
njindal@kslaw.com

Sarah C. Bordelon (D.C. Bar No. 987135)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511
(775) 327-3011
scbordelon@hollandhart.com

*Attorneys for Chevron U.S.A. Inc.*

*/s/ Steven J. Rosenbaum*
Steven J. Rosenbaum (D.C. Bar No. 331728)
Bradley K. Ervin (D.C. Bar No. 982559)
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
(202) 662-6000
srosenbaum@cov.com

*Attorneys for American Petroleum Institute*