**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEALTHY GULF, *et al.*, | |
| Plaintiffs, | Case No. 1:23-cv-02487-APM |
| v. | **JOINT STATUS REPORT** |
| DOUG BURGUM, *et al.*, | |
| Defendants, | |
| and | |
| CHEVRON U.S.A. INC. and AMERICAN PETROLEUM INSTITUTE, | |
| Intervenor-Defendants. | |

The parties to the above-captioned action respectfully submit this Joint Status Report in accordance with the Court's June 11, 2026 Minute Order. This case has been stayed pending the resolution of the related case, *Healthy Gulf v. Haaland*, No. 23-cv-604 (D.D.C.) ("*Healthy Gulf I*"). *See* Jt. Status Report and Jt. Request for Stay, Dkt. No. 32; Nov. 29, 2023 Minute Order. Following the Court's merits ruling in *Healthy Gulf I*, the Court instructed the parties to submit a status report in this case by April 8, 2025. *See* April 1, 2025 Minute Order. The parties then requested that the Court continue to stay the case until it issued a ruling on remedy in *Healthy Gulf I*. *See* Jt. Status Report and Jt. Request for Continued Stay, Dkt. No. 37. The Court granted that request and directed the parties to file a status report within 21 days of the Court issuing a remedy ruling in *Healthy Gulf I*. *See* April 8, 2025 Minute Order. On May 21, 2026, the Court issued its ruling on remedy. *See* Mem. Op., *Health Gulf v. Burgum*, No. 23-cv-604 (APM)

1

(D.D.C. May 21, 2026), Dkt. No. 101.  At Defendants' request, the Court extended the deadline to submit a status report to June 25, 2026.  June 11, 2026 Minute Order.

In light of the Court's merits and remedy rulings in the *Healthy Gulf I* involving Lease Sale 259, Federal Defendants intend to file a motion for voluntary remand in this case regarding Lease Sale 261.  The issues in both cases are similar, and therefore it would be a waste of the parties' and the Court's resources to litigate the Lease Sale 261 case on the merits.  On remand, the Bureau of Ocean Energy Management will consider the legal deficiencies identified by the Court with respect to Lease Sale 259 in *Healthy Gulf I*.  Plaintiffs and Intervenor-Defendants generally do not oppose a motion for voluntary remand, but the parties need time to discuss the details of the motion.  In order to allow time for those discussions to occur and for Federal Defendants to draft a motion for voluntary remand, Federal Defendants propose to file a motion for voluntary remand by July 15, 2026.

A proposed order is attached hereto.

Respectfully submitted this 25th day of June 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environmental & Natural Resource Division

GUILLERMO A. MONTERO
Assistant Chief, Natural Resources Section

/s/ *Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney (D.C. Bar: 467742)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., North Terrace, Suite 600
Denver, CO 80202
Tel: 303-241-0826 / Fax: 303-844-1350
E-mail: luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

/s/ George Torgun
George Torgun (*pro hac vice*)
EARTHJUSTICE
180 Steuart St. #194330
San Francisco, CA 94105
415-217-2000 Telephone
415-217-2040 Fax
gtorgun@earthjustice.org

Stephen D. Mashuda (DC Bar No. WA0005)
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340 Telephone
415-217-2040 Fax
smashuda@earthjustice.org

*Attorneys for Plaintiffs Healthy Gulf, Bayou City
Waterkeeper, Friends of the Earth, and Center for
Biological Diversity*

/s/ Kristen Monsell
Kristen Monsell (DC Bar No. CA00060)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
510-844-7137 Telephone
510-844-7150 Fax
kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological
Diversity*

/s/ Thomas Zimpleman
Thomas Zimpleman (DC Bar No. 1049141)
NATURAL RESOURCES DEFENSE
COUNCIL
1152 15th St., Suite 300
Washington, DC 20005
202-513-6244 Telephone
tzimpleman@nrdc.org

Julia K. Forgie (*pro hac vice*)
NATURAL RESOURCES DEFENSE
COUNCIL

3

1314 Second St.
Santa Monica, CA 90401
310-434-2351 Telephone
jforgie@nrdc.org

Irene Gutierrez (*pro hac vice*)
NATURAL RESOURCES DEFENSE
COUNCIL
111 Sutter St., 21st Floor
San Francisco, CA 94104
415-875-6187 Telephone
igutierrez@nrdc.org

Melanie D. Calero (*pro hac vice*)
NATURAL RESOURCES DEFENSE
COUNCIL
40 W. 20 Street
New York, NY 10011
212-727-4546 Telephone
mcalero@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

/s/ Devorah Ancel
Devorah Ancel (*pro hac vice*)
SIERRA CLUB
PO Box 4998
Austin, TX 78765
415-845-7847 Telephone
303-449-6520 Fax
devorah.ancel@sierraclub.org

*Attorney for Plaintiff Sierra Club*

/s/ Sean Marotta
Catherine E. Stetson (D.C. Bar 453221)
Sean Marotta (D.C. Bar 1006494)
Dana A. Raphael (D.C. Bar 1741559)
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5491
cate.stetson@hoganlovells.com
sean.marotta@hoganlovells.com
dana.raphael@hoganlovells.com

Nikesh Jindal (D.C. Bar 492008)
KING & SPALDING LLP
1700 Pennsylvania Avenue N.W.
Washington, D.C. 20006
(202) 737-0500
njindal@kslaw.com

Sarah C. Bordelon (D.C. Bar 987135)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511
(775) 327-3011
scbordelon@hollandhart.com

Tina Van Bockern (D.D.C. No. CO0100)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
(303) 295-8107
trvanbockern@hollandhart.com

*Attorneys for Chevron U.S.A. Inc.*

5

 /s/ Steven J. Rosenbaum
Steven J. Rosenbaum (D.C. Bar No. 331728)
Bradley K. Ervin (D.C. Bar No. 982559)
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
(202) 662-6000
srosenbaum@cov.com

*Attorneys for American Petroleum Institute*